COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-073-CV

 

IN RE JOSEPH A. BONOLA,
D.D.S.,                                         RELATORS

JOSEPH A. BONOLA, D.D.S., P.C., NCD, P.A. 

AND OPUS INDUSTRIES, INC.

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL: 
MEIER, J.; CAYCE, C.J.; and MCCOY, J.

 

DELIVERED: 
March 16, 2009











     [1]See
Tex. R. App. P. 47.4.